IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANE P. DEVUYST,** | : | **CIVIL ACTION NO. 1:16-CV-123** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DIANY COMPANY, INC.,** *et al.*, | : | |
| Defendants | : | |

# ORDER

AND NOW, this 5th day of June, 2017, upon consideration of plaintiff's notice (Doc. 21) for mandatory stay of proceedings, wherein plaintiff Shane P. DeVuyst ("DeVuyst") avers that defendants Diany Company, Inc. and Rolando Venereo (collectively, "defendants") maintain liability insurance through CastlePoint National Insurance Company ("CastlePoint"), which entity was adjudicated insolvent by the Superior Court of the State of California on March 30, 2017, and asserts that CastlePoint's insolvency triggers the Florida Insurance Guaranty Association Act, FLA. STAT. § 631.50 *et seq.*, because the defendant insureds were residents of Florida at the time of the insured event, see id. §§ 631.52, -.54(4), and it appearing that, under the Florida statute, "[a]ll proceedings in which the insolvent insurer is a party or is obligated to defend a party in any court . . . shall be stayed for 6 months . . . from the date the insolvency is adjudicated," id. § 631.67, and the parties and the court in

agreement that the above-captioned matter should be stayed, (see Docs. 21, 22), it is hereby ORDERED that:

1. The above-captioned matter is STAYED for a period of six months from the liquidation date of April 1, 2017 in accordance with FLA. STAT. § 631.67 and the agreement of the parties.

2. On or before October 1, 2017, the parties shall jointly report to the court on the status of the liquidation proceedings and indicate whether and for what purpose any additional stay period authorized by § 631.67 is necessary.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania